GARY M. RESTAINO
United States Attorney
District of Arizona
ANTHONY W. CHURCH
Assistant United States Attorney
Arizona State Bar No. 021025
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Anthony.Church@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 27 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Termane Billy Celaya,<br><br>Defendant. | No. CR-24-8095-PCT-DWL (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR: Second Degree Murder)<br>Count 1 |

**THE GRAND JURY CHARGES:**

On or about April 24, 2024 in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, TERMANE BILLY CELAYA, an Indian, did with malice aforethought, unlawfully kill K.Z.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 27, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
ANTHONY W. CHURCH
Assistant U.S. Attorney